UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                            CASE NO.:  0:20-cv-61701-RKA

SOUTHEAST HOSPITALITY CORPORATION
a Florida Profit Corporation
d/b/a BEST WESTERN OCEANSIDE INN

    Defendant(s).
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, SOUTHEAST HOSPITALITY CORPORATION, a Florida Profit Corporation, d/b/a BEST WESTERN OCEANSIDE INN,.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant via US Mail at:

SOUTHEAST HOSPITALITY CORPORATION
c/o Bhakta, Sudha R
2572 Lucille Drive
FORT LAUDERDALE, FL 33316

                                             By: **/s/ Gregory S. Sconzo**
                                             Gregory S. Sconzo, Esq.
                                             Florida Bar No.: 0105553
                                             Sconzo Law Office, P.A.
                                             3825 PGA Boulevard, Suite 207
                                             Palm Beach Gardens, FL 33410
                                             Telephone: (561) 729-0940
                                             Facsimile: (561) 491-9459
                                             Service Email: sconzolaw@gmail.com
                                             Email: greg@sconzolawoffice.com
                                             Attorney for Plaintiff