UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61701-CIV-ALTMAN

**HOWARD COHAN**,

    *Plaintiff*,

v.

**SOUTHEAST HOSPITALITY CORP.**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL**

    **THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 10]. Being fully advised, the Court hereby

    **ORDERS** that this action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this case. All pending motions are **DENIED as moot**. All pending deadlines and hearings are **TERMINATED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of September 2020.

                                                            _____
                                                            **ROY K. ALTMAN**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record